

# OFFICE OF THE ATTORNEY GENERAL OF TEXAS
## AUSTIN

GROVER SELLERS
ATTORNEY GENERAL

Honorable Geo..H. Sheppard
Comptroller of Public Accounts
Austin, Texas

Dear Mr. Sheppard;    Opinion No. O-6411
Re: Whether the Comptroller of
Public Accounts is authorized to
make entry of transfer, transfer-
ring the remaining balance in the
Operators and Chauffeurs License
Fund to the General Revenue Fund
of the State of Texas.

We beg to acknowledge receipt of your request for an
opinion upon the above subject matter, your letter being as fol-
lows:

"The Supreme Court, by Opinion No. A-139, on
January 31, 1945, affirmed the judgment of the
Trial Court in the Case of Gulf Insurance Company,
et al, Petitioners, vs. Jesse James, State Treasur-
er, et al, Respondents, holding Section 2 of the
Act of 1943, transferring special funds, unconsti-
tutional. The funds, therefore, described in Sec-
tion 2, are not subject to transfer.

"The Caption and Section 1 of said Act read as fol-
lows:

"'AN ACT providing for placing portions of cer-
tain special funds in the General Revenue
Fund of the State of Texas and especially
transferring a portion of the suppliesafrom
the Operator's and Chauffeur's License
Fund to the General Revenue Fund of the
State of Texas, and declaring an emergency.

"'Be it enacted by the Legislature of the State of Texas:

"'Section 1. Section 15 of Article 3 of House
Bill No. 20, Acts of the Regular Session of the 47th
Legislature, is amended hereby so as to read hereafter
as follows:

NO COMMUNICATION IS TO BE CONSTRUED AS A DEPARTMENTAL OPINION UNLESS APPROVED BY THE ATTORNEY GENERAL OR FIRST ASSISTANT

"'Section 15.   Disposition of Fees.

"'All fees and charges required by this Act
and collected by any officer or agent of the De-
partment shall be remitted without deduction on
Monday of each week to the Department at Austin,
Texas, and all such fees so collected shall be
deposited in the State Treasury in a fund to be
known as the "Operator's and Chauffeur's License
Fund."

"'On September 1, 1943, and on September 1st
of each and every year thereafter, all over Seventy-
five Thousand ($75,000.00) Dollars of the remaining
balance in such Operator's and Chauffeur's License
Fund shall be transferred to and become a part of
the General Revenue Fund of the State of Texas.'

"Question.  Is this Department now authorized
to make entry of transfer, transferring the remain-
ing balance in the Operator's and Chauffeur's License
Fund as provided for in Section 1 of said Act?"

You are respectfully advised that the Supreme Court in
Opinion No. A-139 mentioned by you, and likewise inthe companion
case No. A-151, held Section 2 of the Act of 1943 transferring
special funds to be unconstitutional.  It did not, however, hold
Section 1 to be unconstitutional, and since the bill, contained a
severability clause with respect to constitutionality, it follows
that Section 1 has not been held invalid, and since the  Operators
and Chauffeurs License Fund transfer is a part of Section 1, it
also follows that your department should make the entry of trans-
fer of the Operators and Chauffeurs License Fund, as provided in
Section 1 of the Act.

Yours very truly

ATTORNEY GENERAL OF TEXAS

By (s) Ocie Speer
Assistant

OS:mr:fb
APPROVED MAR. 15, 1945
(s) Carlos Ashley
FIRST ASSISTANT
ATTORNEY GENERAL

APPROVED OPINION COMMITTEE
BY (S) BWB, CHAIRMAN